Dismissed and Memorandum Opinion filed September 6, 2007








Dismissed
and Memorandum Opinion filed September 6, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00177-CV

____________

 

JOAN DELORES CRAWFORD TAYLOR SOUTHERN, INDIVIDUALLY 

AND AS INDEPENDENT CO‑EXECUTOR OF THE ESTATE OF 

PAUL SOUTHERN, Appellant

 

V.

 

BEVERLY ANN KERR, INDIVIDUALLY AND AS INDEPENDENT CO‑EXECUTOR
OF THE ESTATE OF PAUL SOUTHERN

AND CYNDI MARIE SHOFNER, Appellees

 



 

On Appeal from
Probate Court No. 2

Harris County,
Texas

Trial Court Cause
No. 356,906

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 14, 2007.  On August 23, 2007, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 6, 2007.

Panel consists of Chief Justice Hedges, Justices Yates and Frost.